<span>CEASER v. TERRELL.</span>

---

## CEASER *v.* TERRELL.

APPEAL from the *Washington* Court of Common Pleas. <span>*Wednesday, December* 8.</span>

*Per Curiam.*—This was an action commenced before a justice of the peace. Judgment for the plaintiff for 40 dollars. Defendant appealed to the Common Pleas. Judgment for plaintiff for 13 dollars and costs.

No motion for a new trial.

There is no complaint in the record, nor is it in any manner shown what the suit was for.

The judgment is reversed with costs.

*C. L. Dunham* and *H. Heffren*, for the appellant.

*R. Crawford*, for the appellee.